UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-00146 (DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| Edgar Binicio Pilamunga Toalombo, | ) |
| | ) |
| Defendant. | ) |

ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS

    This matter came before the Court on the Government's Motion to Dismiss pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. Rule 48(a) provides that the Government may, with leave of court, dismiss an indictment, information, or complaint. The Court's role under Rule 48(a) is limited and is primarily intended to protect a defendant from prosecutorial harassment, such as repeated charging and dismissal, and to ensure that the dismissal is not contrary to the public interest.

    Having reviewed the Government's motion, and finding that the motion is made in good faith, not for purposes of harassment, and consistent with the proper administration of justice, the Court concludes that leave should be granted.

Accordingly, IT IS HEREBY ORDERED:

The Government's Motion to Dismiss is GRANTED;

The Complaint filed in this matter is DISMISSED WITHOUT PREJUDICE pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure; and

Any conditions of release previously imposed are hereby TERMINATED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 24, 2026

*s/David T. Schultz*
David T. Schultz
United States Magistrate Judge
District of Minnesota